## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees v. Miles Management Corp., d/b/a Miles Supermarket | Case Number:<br>FILED: JULY 8, 2008<br>08CV3866<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE SCHENKIER<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees

---

| |
|---|
| NAME (Type or print)<br>Jeffrey S. Endick, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffrey Endick |
| FIRM<br>Slevin & Hart, P.C. |
| STREET ADDRESS<br>1625 Massachusetts Avenue, NW, Suite 450 |
| CITY/STATE/ZIP<br>Washington, DC 20036 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>4133661 | TELEPHONE NUMBER<br>(202) 797-8700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐