# United States District Court for the Northern District of Illinois

Case Number: 08CV3866                    Assigned/Issued By: DAJ

Judge Name: ZAGEL                         Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00    [ ] $5.00
             [ ] IFP       [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                          Receipt #: 2914773

Date Payment Rec'd: 07/08/08                 Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _07/08/08_ as to _DEF._ _____
                                   (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05