AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

United Food and Commercial Workers
International Union-Industry Pension Fund and
its Trustees

V.

Miles Management Corp., d/b/a Miles
Supermarket

CASE NUMBER: 08CV3866

ASSIGNED JUDGE: JUDGE ZAGEL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Miles Management Corp.,
c/o Sal Onorato
4127 E 131st Street
Cleveland, Ohio 44105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Endick, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW, Ste.450
Washington, DC 20036

Sherrie E. Voyles, Esq.
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Ste. 1720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

July 8, 2008
_____
Date



# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CV3866

Plaintiff:
United Food and Commercial Workers International Union-Industry Pension Fund and Its Trustees
vs.
Defendant:
Miles Management Corp., dba Miles Supermarket

For:
  Jacobs, Burns, Orlove,

Received by Front Range Legal Process Service, Inc. to be served on **Miles Management Corp. c/o: Sal Onorato, 4127 E 131st St., Cleveland, OH 44105**. I, __Mark____ __Berus____, being duly sworn, depose and say that on the __15__ day of __July__, 20__08__ at __12:37__ p.m., executed service by delivering a true copy of the Summons; Complaint in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving __Sal Onorato__ as __Registered Agent__.

(X) DESCRIPTION ) Age __50__ Sex __M__ Race __White__ Height __5'8"__ Weight __170__ Hair __Black__ Glasses __YES__

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

BRITTANY STAFFORD
NOTARY PUBLIC-Cuyahoga County
My Commission Exp. June 28, 2012
Commission #2007-RE-186541

Subscribed and Sworn to before me on the __16th__ day of __July__ __2008__ by the affiant who is personally known to me.

NOTARY PUBLIC

MARK BERUS
PROCESS SERVER # _____
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008005461

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

p.2          877-772-7377          FRLPS          Jul 11 2008 9:26AM

p.2          877-772-7377          FRLPS          Aug 04 2008 7:02AM